1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11

12   SONNY MARTINEZ,                          1:09-cv-02012-LJO-SMS

13            Plaintiff,

                                              **ORDER DIRECTING THE**
14   v.                                       **CALIFORNIA DEPARTMENT OF**
                                              **CORRECTIONS AND**
15   SELMA POLICE DEPARTMENT,                 **REHABILITATION TO DEDUCT**
     et al.,                                  **FILING FEES FROM PLAINTIFF'S**
16                                            **PRISON TRUST ACCOUNT**
            Defendants.
17
     _____/
18
             Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983, who was granted leave
19
     to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 by an order entered December 1, 2009.
20
     As set forth in the prior order, plaintiff is obligated to pay the statutory filing fee of $350.00 for this
21
     action through monthly payments in the amount of twenty percent of the preceding month's income
22
     credited to plaintiff's trust account. 28 U.S.C. § 1915(b)(1).  The authority administering plaintiff's
23
     incarceration is required to send to the Clerk of the Court payments from plaintiff's account each
24
     time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.
25
     § 1915(b)(2).
26
             Because plaintiff was incarcerated in the Fresno County Jail, this court ordered the Fresno
27
     County Jail to administer plaintiff's required payments.  Fresno County has advised this court that
28

                                              -1-

1 | during the pendency of his motion, plaintiff was transferred to Wasco State Prison, and the

2 | California Department of Corrections and Rehabilitation ("CDCR")  has assumed administrative

3 | responsibility for plaintiff's trust account.

4 |       In accordance with the above and good cause appearing therefore, this court, on its own

5 | motion, HEREBY ORDERS that:

6 |           1. Each month, the Secretary of CDCR or his designee shall collect payments from

7 | plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's

8 | income credited to the prisoner's trust account and shall forward those payments to the Clerk of the

9 | Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C.

10 | § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.

11 | The payments shall be clearly identified by the name and number assigned to this action.

12 |           2.  The Clerk of the Court is directed to serve a copy of this order and a copy of

13 | plaintiff's in forma pauperis application on the Secretary of CDCR, via the court's electronic case

14 | filing system (CM/ECF).

15 |           3.  The Clerk of the Court is directed to serve a copy of this order on the Financial

16 | Department, U.S.  District Court, Eastern District of California, Fresno Division.

17 |           4.  Plaintiff Sonny Martinez is directed to notify the Clerk of Court of his new

18 | address.

19 |

20 | IT IS SO ORDERED.

21 | **Dated:**  **December 4, 2009**            **/s/ Sandra M. Snyder**

22 | UNITED STATES MAGISTRATE JUDGE