IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MARTINEZ,            Plaintiff,       vs. SELMA POLICE DEPARTMENT, et al.,            Defendants. | CASE NO. CV F 09-2012 LJO SMS **ORDER TO DISMISS** |

Plaintiff Sonny Martinez ("plaintiff") is or was incarcerated and proceeds pro se and in forma pauperis in this action filed on November 17, 2009. In December 2009, this Court issued orders to permit plaintiff to proceed without paying filing fees but the orders shortly thereafter were returned by the U.S. Postal Service as undeliverable due to plaintiff's "release" from custody.

Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the Court apprised of his or her current address at all times. Local Rule 183(b) provides in pertinent part:

> If mail directed to a plaintiff <u>in propria persona</u> by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

More than 63 days have passed since plaintiff's mail was returned, and plaintiff has not notified the Court of a current address.

/ / /

1     "In determining whether to dismiss an action for lack of prosecution, the district court is required
2 to consider several factors: '(1) the public's interest in expeditious resolution of litigation; (2) the court's
3 need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring
4 disposition of cases on their merits; and (5) the availability of less drastic sanctions.'" *Carey v. King*,
5 856 F.2d 1439, 1440 (9th Cir. 1988) (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir.
6 1986)).  These factors guide a court in deciding what to do, and are not conditions that must be met in
7 order for a court to take action.  *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460
8 F.3d 1217, 1226 (9th Cir. 2006) (citation omitted).

9     Local Rule 183(b) provides for the dismissal of an action based on returned mail.  Given this
10 Court's inability to communicate with plaintiff, dismissal is warranted and there are no other reasonable
11 alternatives available.  *See Carey*, 856 F.2d at 1441.

12     On the basis of good cause, this Court DISMISSES without prejudice this action based on
13 plaintiff's failure to prosecute.  This Court DIRECTS the clerk of close this action.

14     IT IS SO ORDERED.

15 **Dated:**     **February 23, 2011**                              **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE